# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-11161 MWC (MBK) | Date | March 17, 2025 |
|---|---|---|---|
| Title | Nelson v. Sixt | | |

| Present: | Hon. Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE MAILING ADDRESS, AND NOTICE OF OVERDUE FILING FEES

1. Plaintiff is a *pro se* litigant in this civil rights action. At the time Plaintiff filed this action he indicated that he was a CSP inmate in Lancaster. When the Court recently issued its orders (Dkt. # 6, 7) – and mailed copies of the documents to Plaintiff's current address of record – the post office returned the items as undeliverable. (Dkt. # 8, 9.) An Inmate Statement Report indicates that Plaintiff transferred facilities a few times after filing his complaint and that he is presently located at CCI in Tehachapi. (Dkt. # 4.) A search of Plaintiff's CDCR number on the California Incarcerated Records and Information Search (CIRIS) also lists Plaintiff as located in Tehachapi.

2. The Court previously informed Plaintiff that he has the responsibility to notify the Court of any change of address and the effective date of the change. (Dkt. # 3.) If Plaintiff fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> **If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.**

3. Based on the recent return of mail, Inmate Statement Report, and CIRIS, the Court has reason to believe that Plaintiff failed to properly update his address with the Court. Therefore, by **April 18, 2025**, Plaintiff will file a sworn notice with the Court indicating his current, accurate mailing address. **Failure to do so may lead the Court**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-11161 MWC (MBK) | Date | March 17, 2025 |
|---|---|---|---|
| Title | Nelson v. Sixt | | |

**to conclude pursuant to Federal Rule of Civil Procedure 41 that Plaintiff has no interest in prosecuting this action further or is unwilling to abide by court orders.**

      4.     In the interest of justice, the Court also directs the Clerk's office to mail copies of the Court's recent orders (Dkt. # 6, 7) to Plaintiff at Facility A, P.O. Box 1902, Tehachapi, CA 93581. The mail should be addressed to "Christopher Andrew Nelson, *aka* Xavier Michael Carter," as the latter is Plaintiff's listed name on CIRIS. The Court informs Plaintiff that, as of the date of this order, he is $8.80 overdue on his initial filing fee. (Dkt. # 6.) Plaintiff should promptly complete payment to avoid dismissal of his case.