JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER ANDREW NELSON,

          Plaintiff,

          v.

OFFICER SIXT,

          Defendant.

Case No. 2:24-cv-11161-MWC-MBK

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that this case is dismissed without prejudice.

DATE: April 23, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE